IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CHRISTOPHER CHARLES ROGERS, :
    Petitioner, :

vs. : Civil Action 17-0288-KD-MU

CYNTHIA STEWART, et al., :
    Respondents.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 5, 2017, is **ADOPTED** as the opinion of this Court, with modification as follows: **Dismissal without prejudice.**

On November 21, 2017, the Court entered an order whereby the action would not be dismissed unless Rogers failed to remit to the Clerk of the Court a money order for $5.00 on or before November 21, 2017 (doc. 13). The order was mailed to Rogers. On November 21, 2017, the order was returned with the envelope marked "moved" (doc. 14). To date, Rogers has failed to notify the Court of a change in address. Rogers was previously warned that failure to notify the Court of a change in address would result in the dismissal of this action without prejudice for failure to prosecute and to follow the Court's order (doc. 3).

**DONE** this 28th day of December 2017.

                                                          s/ Kristi K. DuBose
                                                          KRISTI K. DuBOSE
                                                          CHIEF UNITED STATES DISTRICT JUDGE